UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| IN RE: | UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND |
|---|---|
| KENNETH REYNOLDS<br>BARBARA L REYNOLDS<br>Debtor(s) | CASE NO. BKY 04-45653 NCD |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Kenneth Reynolds in the amount of $1.00, were unclaimed.

CREDITOR:                                CLAIM NUMBER:        AMOUNT:
Kenneth Reynolds                                              $1.00
Barbara L. Reynolds
4212 Newton Avenue North
Minneapolis, MN 55412

ACCOUNT NUMBER:
REFUND

                                         **Jasmine Z. Keller, Trustee**

Dated: May 11, 2010
                                         /s/ Jasmine Z. Keller/jj
                                         Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee